626 A.2d 92

**Rita KEARNS, Appellant,**

v.

**UNIVERSITY OF PENNSYLVANIA HOSPITAL, DIVISION OF the TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA & Fitzgerald Mercy, Division Mercy Catholic Medical Center & A.H. Robbins Company, C/O Russell Hitchens, Appellees.**

Supreme Court of Pennsylvania.

Jan. 26, 1993.

Reconsideration Denied July 7, 1993.

Allen Feingold, Philadelphia, for R. Kearns.

Allan Molotsky, Barbara Magen, Philadelphia, for Fitzgerald Mercy, Div. Mercy Catholic Medical Center.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

AND NOW, this 26th day of January, 1993, Appellee's Motion TO Quash Appeal is granted.

LARSEN, J., notes his dissent.